IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WENDY L. MOWDY, ) | |
| ) | |
| Plaintiff, ) | 6:15-cv-01871-JO |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| CAROLYN W. COLVIN, Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

Dated this 4th day of January, 2017.

_____
ROBERT E. JONES
United States District Judge

1 - JUDGMENT